# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Steel-Rogers,
  Plaintiff,

V.

Global Life Sciences Solutions, et al.,
  Defendants,

CIVIL ACTION

NO. 21-40108-TSH

## ORDER OF DISMISSAL

<u>Hillman, D. J.</u>

 In accordance with the Court's Memorandum and Order dated 8/31/22, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                By the Court,

<u> 8/31/22 </u>         <u>/s/ Martin Castles </u>
  Date            Deputy Clerk